

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00524-CR

Angela **URRABAZO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3361
Honorable Ron Rangel, Judge Presiding

## O R D E R

Appellant's attorney filed an *Anders* brief in this appeal. *See Anders v. California*, 386 S.W.2d 738 (1967); *see also Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). Appellant, who is incarcerated, has asserted her right to file a *pro se* brief and has filed a motion for pro se access to the appellate record.

We GRANT appellant's motion and ORDER the District Clerk of Bexar County to prepare and send a full and complete duplicate **paper** copy of the clerk's record and the reporter's record for cause number 2012CR3361 to appellant at

Angela Urrabazo,
TDCJ # 01937713
Lucile Plane State Jail
904 FM 686
Dayton, TX 77535

on or before **January 22, 2015**. We further ORDER the District Clerk of Bexar County to file written proof with this court on or before **January 27, 2015** that she has complied with this order. Appellant's *pro se* brief is due **March 9, 2015**.

We further ORDER the motion to withdraw filed by appellant's counsel to be HELD IN ABEYANCE pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

_____
Karen Angelini, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court

